**Ronald L. ARIZOLA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 45609.**

Missouri Court of Appeals,
Western District.

Aug. 3, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 28, 1993.

Application to Transfer Denied
Nov. 23, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

The defendant, Ronald Arizola, appealed from a jury conviction on seven counts of sodomy against a child under twelve years of age. § 566.06, RSMo Cum.Supp.1993. He raises issues under § 491.075 concerning statements admitted in evidence, improper voir dire questioning and the constitutionality of the "reasonable doubt" instruction.

Judgment affirmed. Rule 30.25(b).